IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICHELLE D. CAMP,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | |
| | § | **Case No. 3:10-CV-00241-N** |
| **WACHOVIA MORTGAGE** | § | |
| **CORPORATION and WORLD SAVINGS** | § | |
| **BANK,** | § | |
| | § | |
| *Defendants.* | § | |

**MOTION TO ENFORCE SETTLEMENT AGREEMENT AND**
**MOTION FOR EXPEDITED HEARING**

Plaintiff Michelle D. Camp hereby files this Motion to Enforce Settlement Agreement and Motion for Expedited Hearing, as follows:

1. The parties settled this case on the day of trial, February 14, 2011.

2. Since that time, they have been attempting to memorialize their agreement. However, Defendants insist upon adding terms to the settlement that were not agreed upon by Plaintiff, and including terms that are directly contradictory to the agreed-upon terms.

3. Therefore, Plaintiff requests that the Court enforce the settlement agreement reached on February 14, 2011. The terms of this settlement are:

  a. Wells Fargo, N.A. will make Plaintiff a $125,000 loan at 6 percent interest;

  b. Repayment of that amount will be made as follows: (1) Interest only payments for five years, which would be a monthly payment

---

of \$625.00, excluding escrow for taxes, and (2) \$805.38 for the remainder of the 30-year term.  However, Plaintiff shall have the right to pre-pay the loan at any time, without incurring a pre-payment and/or payoff penalty.

c. The loan is a settlement of disputed claims and the alleged escrow balance and other interest arrearages claimed by Defendants are capped to create the new debt described above at \$125,000.00;

d. Defendants will escrow property taxes;

e. Defendants will redact any negative reporting on Plaintiff's credit report for the past 24 months from the date of the agreed settlement, February 14, 2011, to show it as "no reporting";

f. Plaintiff shall purchase her own homeowner's insurance on the property, and provide proof of such purchase to Defendants;

g. The parties will cooperate to assist Plaintiff in getting her 2010 payment of property taxes back.

h. The first payment under this Settlement will be due May 15, 2011.

i. This settlement is binding upon Plaintiff Michelle Camp and Defendants World Savings Bank, FSB, Wachovia Mortgage Corporation, and Wachovia Mortgage, a Division of Wells Fargo, N.A. (the "Parties").

j. The Parties as well as their assigns, their successors- and their predecessors-in-interest hereby release and forever discharge each other from any and all causes of action and claims of whatever

---

**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND MOTION FOR EXPEDITED HEARING – Page 2**

nature, in law and in equity, known or unknown, that were alleged or could have been alleged in this lawsuit.

4.     Plaintiff requests an expedited hearing on this matter because Defendants have stated that, if Plaintiff does not sign their version of the settlement documents on or before April 1, 2011, Plaintiff will be subject to foreclosure of the original, disputed loan that gave rise to this lawsuit.

5.     Plaintiff also requests that the Court award her attorney's fees and costs in the amount of $6,525.00, and such further relief to which she is justly entitled.

Respectfully submitted,

**DANISE A. McMAHON, ATTORNEY AT LAW**

By:   ___/s/ Danise A. McMahon_____
          **DANISE A. McMAHON**
          State Bar No. 00796148
P.O. Box 702833
Dallas, Texas 75370
(469) 233-7736
(469) 814-8504 (fax)

**ATTORNEY FOR PLAINTIFF MICHELLE CAMP**

---

## CERTIFICATE OF CONFERENCE

I hereby certify that, on March 25, 2011, I conferred with Kimberly Moore, attorney for Defendants, regarding this motion and she stated that Defendants were opposed to the relief requested herein.  On March 26, 2011, Andy Soule, also an attorney for Defendants, sent me an email stating that he would not confer with me until he saw a final copy of this Motion.  As this motion was not complete at that time, I sent him a detailed letter outlining the grounds for the motion;  however, as of the time of this filing, he has not had time to conduct an additional conference.  *See* Appendix pp. 41b-41e for the contents of the emails and the letter.   Therefore, due to the nature of the expedited relief sought and the fact that Defendants' counsel already represented that they are opposed to the relief sought, the Motion is presented to the Court for resolution.


___/s/ Danise A. McMahon_____


## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of March, 2011, a true and correct copy of the foregoing document was forwarded to Defendants' counsel of record via the Court's ECF filing system, as follows:

Andrew Soule
Kimberly Moore
Hermes Sargent Bates, LLP
901 Main St., Suite 5200
Dallas, Texas 75202


/s/ Danise McMahon_____
DANISE A. McMAHON