## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MICHELLE D. CAMP,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | |
| | § | **Case No. 3:10-CV-00241-N** |
| **WACHOVIA MORTGAGE** | § | |
| **CORPORATION and WORLD SAVINGS** | § | |
| **BANK,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Before the Court for consideration is the Motion to Enforce Settlement Agreement. After considering said Motion and the responses thereto, the Court finds that the Motion should be granted, and the settlement is hereby enforced under the following terms:

1. Wells Fargo, N.A. will make Plaintiff a $125,000 loan at 6 percent interest;

2. Payment of that amount will be made as follows: (1) Interest only payments for five years, which would be a monthly payment of $625.00, excluding escrow for taxes, and (2) $805.38 for the remainder of the 30-year term. However, Plaintiff shall have the right to pre-pay the loan at any time, without incurring a pre-payment and/or payoff penalty.

3. The loan is a settlement of disputed claims and the alleged escrow balance and other interest arrearages claimed by Defendants are capped to create the new debt described above at $125,000.00;

_____

**ORDER ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT – Page 1**

4.      Defendants will escrow property taxes;

5.      Defendants will redact any negative reporting on Plaintiff's credit report for the past 24 months from the date of the agreed settlement, February 14, 2011, to show it as "no reporting";

6.      Plaintiff shall purchase her own homeowner's insurance on the property, and provide proof of such purchase to Defendants;

7.      The parties will cooperate to assist Plaintiff in getting her 2010 payment of property taxes back.

8.      The first payment under this Settlement will be due May 15, 2011.

9.      This settlement is binding upon Plaintiff Michelle Camp and Defendants World Savings Bank, FSB, Wachovia Mortgage Corporation, and Wachovia Mortgage, a Division of Wells Fargo, N.A. (the "Parties").

10.     The Parties as well as their assigns, their successors- and their predecessors-in-interest hereby release and forever discharge each other from any and all causes of action and claims of whatever nature, in law and in equity, known or unknown, that were alleged or could have been alleged in this lawsuit.  Nothing in this settlement is intended to release the Parties from any causes of action that may arise after the date of this Order, and that may arise in the future in connection with the loan outlined in Paragraph No. 1, *supra.*

11.     Plaintiff is hereby awarded attorney's fees and costs in the amount of $6525.00.

12.     The Court specifically retains jurisdiction to further enforce this settlement, if necessary.

_____

**ORDER ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT – Page 2**

SO ORDERED, this _____ day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE